# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# MIDDLESEX COUNTY

| | |
|---|---|
| KAREN PICARDI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MYSTIC VALLEY ELDER SERVICES, INC.,<br><br> Defendant. | Case No.: 1:24-cv-13062<br><br><br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Please be advised that Plaintiff Karen Picardi hereby Dismisses without prejudice Plaintiff's claim against Defendant Mystic Valley Elder Services to the refiling of same, pursuant to the Federal Rules of Civil Procedure

All costs of court are taxed against party incurring same. The docket clerk is requested to enter this notice into the minutes of the Court.


Dated: December 20, 2024            By: /s/ Gary Ishimoto

                                                          Gary Ishimoto
                                                          Mark Svensson*
                                                          LEVI & KORSINSKY, LLP
                                                          33 Whitehall Street, 17th Floor
                                                          New York, NY 10004
                                                          Telephone: (212) 363-7500
                                                          Facsimile: (212) 363-7171
                                                          Email: gishimoto@zlk.com
                                                          Email: msvensson@zlk.com


                                                          * pro-hac vice forthcoming

                                                          Attorneys for Plaintiff and the Proposed Class

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2024, a true and correct copy of the foregoing Plaintiff's Notice Dismissal Without Prejudice was served to all counsel of record and parties *pro se* in accordance with the Federal Rules of Civil Procedure:

*/s/ Gary Ishimoto*
Gary Ishimoto